

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Kilgore Independent School District, et al., Appellants | Appeal from the County Court at Law No. 2 of Gregg County, Texas (Tr. Ct. No. 2016-1850-CCL2). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating. |
| No. 06-17-00060-CV        v. | |
| Darlene Axberg, John Claude Axberg, Sheila Anderson, and the State of Texas, Appellees | |

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's order in part, to the extent that it refused to dismiss the ultra vires claims, and render judgment dismissing those claims; but we otherwise affirm the trial court's actions and remand the remainder of this lawsuit for further proceedings consistent with this opinion.

We further order that the appellants and appellees shall each pay one half of all costs of appeal.

RENDERED OCTOBER 12, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk